SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
DIANE S. RICE (CA Bar No. 118303)
drice@hosielaw.com
ANTHONY K. LEE (CA Bar No. 156018)
alee@hosielaw.com
DARRELL RAE ATKINSON (CA Bar No. 2805
datkinson@hosielaw.com
HOSIE RICE LLP
Transamerica Pyramid
600 Montgomery Street, 34th Floor
San Francisco, CA 94111
(415) 247-6000 Tel.
(415) 247-6001 Fax

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (CA Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Sean S. Pak (CA Bar No. 219032)
seanpak@quinnemanuel.com
Jordan R. Jaffe (Cal. Bar No. 254886)
jordanjaffe@quinnemanuel.com
Patrick T. Burns (CA Bar No. 300219)
patrickburns@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
(415) 875-6600
(415) 875-6700 facsimile

Attorneys for MasterObjects, Inc.

Attorneys for Google Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MASTEROBJECTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. | Case No. 4:15-cv-01775-PJH <br><br> **JOINT STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** <br><br> Judge: Honorable Phyllis J. Hamilton |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff MasterObjects, Inc. and Defendant Google Inc. hereby stipulate to the dismissal of the action. All claims of infringement that Plaintiff raised or could have raised in this action are dismissed WITH PREJUDICE. All claims, defenses, or counterclaims that Defendant raised are dismissed WITHOUT PREJUDICE. Each party shall bear its own attorneys fees and costs.

DATED:  March 2, 2016                    Respectfully submitted,

/s/ Charles K. Verhoeven
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Sean S. Pak (Cal. Bar No. 219032)
seanpak@quinnemanuel.com
Jordan R. Jaffe (Cal. Bar No. 254886)
jordanjaffe@quinnemanuel.com
Patrick T. Burns (Cal. Bar No. 300219)
patrickburns@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
(415) 875-6600
(415) 875-6700 facsimile

*Attorneys for Google Inc.*

DATED:  March 2, 2016                    /s/ Spencer Hosie
Spencer Hosie (Cal. Bar No. 101777)
shosie@hosielaw.com
Diane S. Rice (Cal. Bar No. 118303)
drice@hosielaw.com
Anthony K. Lee (Cal. Bar No. 156018)
alee@hosielaw.com
Darrell Rae Atkinson (Cal. Bar No. 280564)
datkinson@hosielaw.com
HOSIE RICE LLP
600 Montgomery Street, 34th Floor
San Francisco, CA 94111
(415) 247-6000
(415) 247-6001 facsimile

Leslie V. Payne (*Pro Hac Vice*)

lpayne@hpcllp.com
Christopher M. First (*Pro Hac Vice*)
cfirst@hpcllp.com
HEIM, PAYNE & CHORUSH, LLP
600 Travis Street, Suite 6710
Houston, Texas 77002
(713) 221-2000
(713) 221-2021 facsimile

*Attorneys for MasterObjects, Inc.*

### SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the other signatories.

Dated:  March 2, 2016          */s/ Jordan R. Jaffe*
                                Jordan R. Jaffe

### ~~PROPOSED~~ ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**  All claims of infringement that Plaintiff raised or could have raised in this action are dismissed WITH PREJUDICE.  All claims, defenses, or counterclaims that Defendant raised are dismissed WITHOUT PREJUDICE.  Each party shall bear its own attorneys fees and costs.

**Dated:** 3/7/16

_____
Hon. Phyllis J. Hamilton
Chief United States District Court Judge